Opinion filed July 2, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed July 2, 2009


 

 

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00217-CV

                                                    __________

 

                                  WILLIE LEE MAXWELL, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 106th District Court

                                                        Dawson
County, Texas

                                                  Trial
Court Cause No. 89-4370

 



 

                                              M E
M O R A N D U M   O P I N I O N

Willie
Lee Maxwell appeals from the trial court=s
order denying his pro se motion to expunge his record.  We affirm.

In
his sole issue on appeal, Maxwell contends that the trial court record does not
support the denial of his motion to expunge.  We disagree.  We note that on its
face Maxwell=s motion
to expunge fails to comply with the requirements of Tex. Code Crim. Proc. Ann. art. 55.01 (Vernon 2006), art.
55.02 (Vernon Supp. 2008).  Therefore, the trial court did not err in denying
the motion.

The
issue is overruled, and the order of the trial court is affirmed.

 

July 2, 2009                                                                             PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.